IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

      Petitioner,                    No. CIV S-06-0536 FCD KJM P

    vs.

LOU BLANAS,

      Respondent.          ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of petitioner's request to proceed in forma pauperis and dismissal of the action he characterized as a petition for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1    For the reasons set forth in the magistrate judge's April 16, 2007 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right, in that his petition does not challenge his continued confinement as violative of the
4 Constitution. Accordingly, a certificate of appealability should not issue in this action.
5    IT IS SO ORDERED.
6 DATED: April 3, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE