IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW CEJAS,

    Petitioner,               No. CIV S-06-0536 FCD KJM P

    vs.

LOU BLANAS,

    Respondents.          ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus.  Judgment was entered in this case and petitioner has filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.  On April 17, 2008, petitioner filed a request to proceed in forma pauperis on appeal. The court file reflects that the court denied petitioner's request to proceed in forma pauperis because it found the action frivolous. Because the appeal would be frivolous as well, petitioner's request to proceed in forma pauperis on appeal is not well taken.  Lemeshko v. Wrona, 325 F.Supp.2d 778, 780 (E.D. Mich. 2004); 28 U.S.C. § 1915 (a)(3).

/////

/////

1

IT IS THEREFORE ORDERED that petitioner's request to proceed in forma pauperis on appeal (docket no. 17) is denied.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

/ceja0536.ifp

2